**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────

**BISHME AYERS,**

                **Plaintiff,**             14-cv-8979 (JGK)

      - against -                <u>ORDER</u>

**THE CITY OF NEW YORK ET AL.,**

                **Defendants.**
─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As discussed at the teleconference held today, the trial is scheduled for **April 26, 2021** at 9 a.m. The final pretrial conference regarding motions in limine, requests to charge, and voir dire is scheduled for **April 15, 2021** at 4 p.m.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **January 19, 2021**          /s/ John G. Koeltl
                                                **John G. Koeltl**
                                      **United States District Judge**