**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**BISHME AYERS,**

              Plaintiff,         14-cv-8979 (JGK)

   - against -                <u>ORDER</u>

**THE CITY OF NEW YORK ET AL.,**

              Defendants.
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    In response to the request from the City of New York in ECF No. 128, the trial is rescheduled to **September 20, 2021** at 9:00 a.m. The final pretrial conference regarding motions in limine, requests to charge, and voir dire currently scheduled for April 15, 2021, is adjourned to **September 14, 2021** at 4:30 p.m.

    The Clerk is direct to close ECF No. 128.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 7, 2021**                      /s/ John G. Koeltl
                                                     John G. Koeltl
                                        **United States District Judge**