UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BISHME AYERS,

                Plaintiff,        14-cv-8979 (JGK)

    - against -                ORDER

THE CITY OF NEW YORK ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

Due to the Court's final scheduling adjustments, the trial is rescheduled to **September 14, 2021** at 9:00 a.m. The final pre-trial conference will be held on **September 9, 2021** at 4 p.m.

SO ORDERED.

Dated:    New York, New York
           June 1, 2021

                                          John G. Koeltl
                                    United States District Judge