UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BISHME AYERS,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

14-cv-8979 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons explained on the record at the teleconference held on August 4, 2021, the parties' motions in limine are decided as indicated therein.

The Clerk of the Court is directed to close docket numbers 116, 126, and 131.

SO ORDERED.

Dated:    New York, New York
            August 4, 2021

                                      _____
                                           John G. Koeltl
                                     United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/21
```