UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BISHME AYERS,

     Plaintiff,    14-cv-8979 (JGK)

 - against -      ORDER

CITY OF NEW YORK ET AL.,

     Defendant.

---

JOHN G. KOELTL, District Judge:

 For the reasons explained on the record at the teleconference held on September 9, 2021, the parties' requests are decided as indicated therein.

 The Clerk of Court is directed to close docket numbers 135 and 137.

SO ORDERED.
Dated: New York, New York
    September 13, 2021

             _____
              John G. Koeltl
            United States District Judge