UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BISHME AYERS,

                Plaintiff,          14-cv-8979 (JGK)

    - against -             <u>ORDER</u>

CITY OF NEW YORK ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants now propose to offer a document bearing Bates Nos. D 2172-2175. That is not listed in the Joint Pre-Trial Order, and is not in the binder of Exhibits provided to the Court. The plaintiff's counsel apparently has the document and has responded to its admissibility.

    The defendants should promptly provide a copy of that document to the Court by fax (212-805-7912) or other means, marked to show the portions of the document that the defendants seek to introduce and including the necessary certification that relates to that document.

    The time that the parties have used thus far is as follows: Plaintiff: 39 minutes; Defendants: 2 hours, 45 minutes.

SO ORDERED.
Dated:    New York, New York
           September 16, 2021

                                        John G. Koeltl
                               United States District Judge