UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BISHME AYERS,

                Plaintiff,                14 **CIVIL** 8979 (JGK)

      -against-                  **JUDGMENT**

HUGH HALL and HARRY ROBINSON,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable John G. Koeltl, United States District Judge, the jury having returned a verdict in favor of Defendants Hugh Hall and Harry Robinson, and there being no further claims against the City of New York or any other defendant, the Complaint is hereby dismissed.

DATED: New York, New York
             September 24, 2021

                                            RUBY J. KRAJICK

So Ordered:                            Clerk of Court

_____    BY:  _____
U.S.D.J.                                        Deputy Clerk